CLOSED

# U.S. District Court
# Middle District of Louisiana (Baton Rouge)
# CIVIL DOCKET FOR CASE #: 3:24−cv−00316−BAJ−RLB

| | |
|---|---|
| Equity Capital Market, LLC v. Mt. Hawley Insurance Company | Date Filed: 04/19/2024 |
| Assigned to: Judge Brian A. Jackson | Date Terminated: 08/13/2024 |
| Referred to: Magistrate Judge Richard L. Bourgeois, Jr. | Jury Demand: Plaintiff |
| Case in other court:  19th JDC, East Baton Rouge Parish, C−745420 Sec 22 | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

Cause: 28:1332 Diversity−Insurance Contract

**Plaintiff**

| | | |
|---|---|---|
| **Equity Capital Market, LLC** | represented by | **David W. Ardoin** |
| | | AMO Trial Lawyers, LLC |
| | | 213−B East Bayou Road |
| | | 70301 |
| | | Thibodaux, LA 70301 |
| | | 985−446−3333 |
| | | Fax: 985−446−3300 |
| | | Email: david@amotriallawyers.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Kendall Plain** |
| | | Plain and Associates Law Firm |
| | | 2950 Mission Drive |
| | | Baton Rouge, LA 70805 |
| | | 225−571−5958 |
| | | Fax: 225−208−6484 |
| | | Email: plainandassociates@gmail.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Preston L Hayes** |
| | | AMO Trial Lawyers |
| | | 3850 N . Causeway Blvd. |
| | | Suite 590 |
| | | Metairie, LA 70002 |
| | | 504−356−0110 |
| | | Fax: 504−356−0112 |
| | | Email: plh@amotriallawyers.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Ryan P Monsour** |
| | | AMO Trial Lawyers |
| | | 3850 N. Causeway Blvd. |
| | | Suite 590 |
| | | Metairie, LA 70002 |
| | | 504−356−0110 |
| | | Fax: 504−356−0112 |
| | | Email: rpm@amotriallawyers.com |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Mt. Hawley Insurance Company**                    represented by **Seth A. Schmeeckle**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
504−568−1990
Fax: 504−310−9195
Email: sschmeeckle@lawla.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Greg K. Winslett**
Quilling, Selander, Cummiskey & Lownds, P.C.
2001 Bryan Street
Suite 1800
Dallas, TX 75201
214−871−2100
Fax: 214−871−2111

**Zachary T. LaMachio**
Lugenbuhl
Lugenbuhl
601 Poydras St.
Suite 2775
70130
New Orleans, LA 70130
504−568−1990
Fax: 504−310−9195
Email: zlamachio@lawla.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2024 | Ï 1 | NOTICE OF REMOVAL from 19th Judicial District Court for the Parish of East Baton Rouge, Case Number C−745420. (Filing fee $ 405 receipt number ALAMDC−2742841), filed by Mt. Hawley Insurance Company. (Attachments: # 1 Exhibit A − State Court File, # 2 Exhibit B − Statement of Loss, # 3 Exhibit C − Notice of Compliance Pursuant to 28 USC 1447 (b), # 4 Civil Cover Sheet, # 5 Attachment to Civil Cover Sheet)(Schmeeckle, Seth) (Entered: 04/19/2024) |
| 04/19/2024 | Ï 2 | Corporate Disclosure Statement by Mt. Hawley Insurance Company identifying Corporate Parent Mt. Hawley Insurance Company, Corporate Parent BlackRock, Inc., Corporate Parent RLI Corp., Corporate Parent The Vanguard Group, Inc., Corporate Parent State Street Corporation for Mt. Hawley Insurance Company.. (Schmeeckle, Seth) (Entered: 04/19/2024) |
| 04/19/2024 | Ï 3 | MOTION for Greg K. Winslett to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC−2742863) by Mt. Hawley Insurance Company (Attachments: # 1 Declaration of of Greg K. Winslett, # 2 Certificate of Good Standing, # 3 Proposed Order)(Schmeeckle, Seth) (Entered: 04/19/2024) |
| 04/19/2024 | Ï 4 | |

| | | |
|---|---|---|
| | | Letter to Attorney David W. Ardoin regarding Hunter D. Austin who is Co–Counsel for party Equity Capital Market, LLC. Attorney is not admitted to practice in LAMD. (JEG) (Entered: 04/19/2024) |
| 04/19/2024 | Ï 5 | NOTICE OF DEFICIENCY with LR 7.1 as to 1 Notice of Removal.<br><br>Failure to file a Certificate of Interested Persons<br><br>REQUIRED CORRECTION: Within one business day, the filer shall file a Certificate of Interested Persons and the interested persons shall be added to CM/ECF by the filer using the event Certificate of Interested Persons. (JEG) (Entered: 04/19/2024) |
| 04/19/2024 | Ï 6 | Certificate of Interested Persons by Mt. Hawley Insurance Company identifying Corporate Parent David W Ardoin, Affiliate/Interested Person Mt. Hawley Insurance Company, Affiliate/Interested Person RLI Corp., Affiliate/Interested Person The Vanguard Group, Inc., Affiliate/Interested Person State Street Corporation, Affiliate/Interested Person Black Rock, Inc., Affiliate/Interested Person Seth A. Schmeeckle, Affiliate/Interested Person Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, Affiliate/Interested Person Plain and Associates Law Firm, Affiliate/Interested Person Equity Capital Market LLC, Affiliate/Interested Person Preston L Hayes, Affiliate/Interested Person Ryan P Monsour, Affiliate/Interested Person Hunter D Austin, Affiliate/Interested Person AMO Trial Lawyers, LLC, Affiliate/Interested Person Zachary T. Lamachio, Affiliate/Interested Person Brent J Rodine, Affiliate/Interested Person Quilling, Selander, Lownds, Winslett & Moser, P. C., Affiliate/Interested Person Kendall Plain for Mt. Hawley Insurance Company.. (LaMachio, Zachary) (Entered: 04/19/2024) |
| 04/22/2024 | Ï | MOTION(S) REFERRED: 3 MOTION for Greg K. Winslett to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC–2742863). This motion is now pending before the USMJ. (JEG) (Entered: 04/22/2024) |
| 04/22/2024 | Ï 7 | NOTICE of Declaration of Greg K. Winslett 3 MOTION for Greg K. Winslett to Appear Pro Hac Vice (Filing fee $100.00, Receipt Number ALAMDC–2742863) by Mt. Hawley Insurance Company (Schmeeckle, Seth) (Entered: 04/22/2024) |
| 04/23/2024 | Ï 8 | ORDER granting 3 Motion for Greg K. Winslett to Appear Pro Hac Vice on behalf of defendant Mt. Hawley Insurance Company. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 4/23/2024. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SGO)<br><br>ATTENTION: Local counsel shall provide the following link to those attorneys granted leave to proceed pro hac vice in the Middle District of Louisiana who choose to register for e–file access www.lamd.uscourts.gov/pro–hac–vice–e–filing–registration.<br><br>(Entered: 04/23/2024) |
| 04/24/2024 | Ï 9 | SCHEDULING CONFERENCE ORDER: A Telephone Scheduling Conference is set for 7/11/2024 at 10:00 AM before Magistrate Judge Richard L. Bourgeois Jr. Counsel for Plaintiff(s) shall initiate the call to all parties then contact the Court at (225) 389–3602. Status Report due by 6/27/2024. Signed by Magistrate Judge Richard L. Bourgeois, Jr. on 4/23/2024. (SGO) (Entered: 04/24/2024) |
| 04/26/2024 | Ï 10 | ANSWER to Complaint *and Affirmative Defenses Subject to Motion to Transfer Venue* by Mt. Hawley Insurance Company.(LaMachio, Zachary) Modified on 4/29/2024 to edit title of document. (JEG). (Entered: 04/26/2024) |
| 04/26/2024 | Ï 11 | MOTION to Transfer Case to United States District Court for the Southern District of New York by Mt. Hawley Insurance Company (Attachments: # 1 Proposed Pleading; Memorandum in Support, # |

| | | |
|---|---|---|
| | | 2 Proposed Pleading; Proposed Order, # 3 Exhibit Certified Policy, # 4 Exhibit In re Mt. Hawley, # 5 Exhibit Taramore Square, # 6 Exhibit Nidal, # 7 Exhibit Greater St. Stephens, # 8 Exhibit Canal @Camp, # 9 Exhibit Clearly Condo, # 10 Exhibit Goodwill Industries, # 11 Exhibit Brown's Village Plaza, LLC, # 12 Exhibit KMT Painting and Decorating, # 13 Exhibit SR Hospitality, # 14 Exhibit Canal@Camp, # 15 Exhibit Starlight Studios, # 16 Exhibit NAZ LLC, # 17 Proposed Pleading; SR Hospitality, # 18 Exhibit Esplanade 2018 Partners, # 19 Exhibit Domingue, # 20 Exhibit Burk Holding, # 21 Exhibit UMMIID, # 22 Exhibit Brooks & Brooks, # 23 Exhibit William B. Coleman, Inc., # 24 Exhibit Shri Dayavant, # 25 Exhibit Storm Damage Solutions, # 26 Exhibit Capital One First Management, # 27 Exhibit Valdes, # 28 Exhibit Krishiv, # 29 Exhibit Smith, # 30 Exhibit Ninora, # 31 Exhibit Recovery Performance, # 32 Exhibit 421 NW12 St, # 33 Exhibit Oasis Beauty, # 34 Exhibit La Teresita, # 35 Exhibit Murray Hill Presbyterian, # 36 Exhibit Storm Damage Solutions, # 37 Exhibit Summerwind, # 38 Exhibit Doral City, # 39 Exhibit Pinto, # 40 Exhibit New Hope Missionary Baptist Church, # 41 Exhibit Chapa Blue, # 42 Exhibit Panth Narsinh, LLC, # 43 Exhibit US Rubber, # 44 Exhibit Davilyn, # 45 Exhibit La Porte, # 46 Exhibit Amusam)(LaMachio, Zachary) (Entered: 04/26/2024) |
| 07/03/2024 | 12 | Notice to Counsel: Considering the 11 Motion to Transfer Case and there being no filed opposition, the Telephone Scheduling Conference set for 7/11/2024 is CANCELLED. The parties shall contact the chambers of Magistrate Judge Richard L. Bourgeois, Jr. should the motion be denied so the scheduling conference may be reset. (This is a TEXT ENTRY ONLY. There is no hyperlink or PDF document associated with this entry.) (SGO) (Entered: 07/03/2024) |
| 08/13/2024 | 13 | RULING and ORDER : The 11 Motion to Transfer Case Case transferred to District of Southern District of New York is GRANTED. Signed by Judge Brian A. Jackson on 08/13/2024. (ELW) (Entered: 08/13/2024) |

*Case #: 3:24–cv–00316–BAJ–RLB*