**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUITY CAPITAL MARKET, LLC, | |
| *Plaintiff* | |
| v. | No. 1:24-cv-06183-LJL |
| MT. HAWLEY INSURANCE COMPANY, | **DISMISSAL ORDER** |
| *Defendant* | |

Plaintiff Equity Capital Market, LLC ("ECM") and defendant Mt. Hawley Insurance Company ("Mt. Hawley") have announced to the Court that all claims asserted by ECM against Mt. Hawley should be dismissed with prejudice. A Stipulation of Dismissal with Prejudice has been signed by the parties and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

It is ORDERED that all claims and causes of action that were or could have been asserted by ECM herein are in all respects dismissed with prejudice to the right to re-file same.

It is further ORDERED that costs are to be borne by the party incurring same. All relief not expressly granted is hereby denied, such that this constitutes final judgment herein.

Signed on this ___10_ day of ___December_____, 2024.

_____
LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE